IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    Cr. No.1:99-10091-01-T

UNDREA DOUGLAS

### JUDGMENT ON SUPERVISED RELEASE VIOLATION

This cause came to be heard on April 19, 2005, Assistant U. S. Attorney, Victory Lee Ivy, representing the government, and the defendant appeared in person and with counsel, M. Dianne Smothers, Federal Public Defender, who was appointed and admits to the allegations set forth in the Supervised Release Violation Petition. After questioning the defendant, hearing statements of counsel, the Court finds the defendant guilty as charged in the Supervised Release Violation Petition.

IT IS THEREFORE ORDERED that the defendant has violated the terms of his supervised release and that he be sentenced to the custody of the Bureau of Prisons for a period of **EIGHT (8) MONTHS**, with no additional supervise release.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4/25/05

The defendant is allowed to report on his own.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 20 April 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 1:99-CR-10091 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT