IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY_____ D.C.

05 JUN -6 AM 9: 38

ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

UNITED STATES OF AMERICA

VS.  Case No. 1:99-10091-01-T

UNDREA DOUGLAS

## ORDER TO SURRENDER

Defendant, Undrea Douglas, #16946-076, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the Court report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: Forrest City FCI, 1301 Dale Bumpers Road, Forrest City, AR 72335; no later than 12:00 Noon on , June 30, 2005.

It is further ordered that upon receipt of a copy of this order, the defendant shall sign and return the copy, to acknowledge receipt of said order and that he will report as directed to the above named institution.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  6/6/05

DATE: 6 June 2005

36

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:99-CR-10091 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT